<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-6246**
_____

UNITED STATES OF AMERICA,

             Plaintiff - Appellee,

     v.

IBRAHIMA SARR, a/k/a Ibu, a/k/a Abou, a/k/a Abou Sall, a/k/a
Abou Diop, a/k/a Mousa Fall,

             Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Rebecca Beach Smith, Chief
District Judge.  (2:06-cr-00056-RBS-FBS-1)

_____

Submitted:  May 23, 2013          Decided:  May 29, 2013

_____

Before MOTZ and AGEE, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Ibrahima Sarr, Appellant Pro Se.   Stephen Westley Haynie,
Assistant United States Attorney, Norfolk, Virginia, for
Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ibrahima Sarr appeals the district court's order denying his motion for a new trial under Fed. R. Crim. P. 33. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Sarr, No. 2:06-cr-00056-RBS-FBS-1 (E.D. Va. filed Jan. 30, 2013; entered Jan. 31, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED